**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) CHAD LANE,<br><br>Defendant. | Case No. 26-cv-00523-CDL |

**COMPLAINT**

Plaintiff, the United States of America, by and through its attorney, Kristin F. Harrington, Assistant United States Attorney, for the Northern District of Oklahoma hereby sets forth its Complaint against Defendant, Chad Lane an individual (hereinafter "Defendant" and/or "Debtor") and states as follows:

1. This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.
2. Plaintiff is the United States of America, acting through the Department of Treasury's Bureau of Fiscal Service (hereinafter "Treasury") on behalf of the U.S. Small Business Administration (hereinafter "SBA"). The debt was referred to the Treasury in accordance with the Debt Collections Improvement Act of 1996 ("DCIA") (31 U.S.C. § 3701 *et seq.*).
3. Defendant Chad Lane is an individual located in Tulsa County, Oklahoma within the jurisdiction of this Court and may be served with service of process at 3219 W 118th Street S, Jenks, Oklahoma 74037.

4. Venue is proper in the Northern District of Oklahoma pursuant to 28 U.S.C. § 1391(b) because Defendant Chad Lane resides in Jenks, Oklahoma, within this district.

**The Debt - TRFM114965185**

5. On September 2, 2015, the Debtor executed a Promissory Note and Unconditional Guarantee Loan Agreement (hereinafter "Note") for the amount of $100,000.00, with interest accruing at variable rates, except as otherwise provided within the Note and Guaranty with JPMorgan Chase Bank, N.A. (hereinafter "Lender"). See Exhibit "**A**" attached hereto and incorporated herein.
6. On August 26, 2020, the Debtor became delinquent on the aforementioned obligation, with a balance due of $69,739.81. Due to this delinquency, the SBA had to pay the guaranteed interest and became holder of the Note. SBA referred the debt to Treasury on June 22, 2022.
7. On July 25, 2024, Treasury referred the debt to the U.S. Department of Justice (hereinafter "DOJ") for litigation and collection in the amount of $69,739.81, with a daily interest of $11.95. As of May 6, 2026, the Debtor became indebted to the United States in the following amounts:

| | |
|---|---|
| Current Principal: | $ 69,739.81 |
| Current Interest (@ 6.25%): | $ 18,602.25 |
| Admin Fees: | $ 28,233.03 |
| **Total Due (as of 5/6/26)** | **$116,575.09** |

as set forth in the Certificate of Indebtedness prepared by the U.S. Department of the Treasury Bureau of Fiscal Service. See Exhibit "B" attached hereto and incorporated herein.

8. Plaintiff has made demand upon the Defendant for the full amount of this claim, but the Defendant has failed to make payment.

9. All conditions precedent to the commencement of this action have been performed by the Plaintiff.

WHEREFORE, the United States of America respectfully requests that this Court enter a judgment against the Defendant for TRFM14965185 in the amount of $116,575.09 plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. §1961 and that interest on the judgment be at the legal rate until paid in full; for all attorney's fees to the extent allowed by law; filing fee of $400.00 as permitted by 28 U.S.C. § 2412 (a)(2); and for such other relief which the Court deems proper.

Respectfully submitted,

Dated: August 25, 2026

CHRISTOPHER J. NASSAR
United States Attorney

*s/ Kristin F. Harrington*
Kristin F. Harrington, OBA No. 21185
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
T: (918) 382-2785 | F: (918) 560-7938
kristin.harrington@usdoj.gov